UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22  P 4: 25

US PRISONER

CHRISTOPHER REED

v.

CITY OF NEW HAVEN, et al.

Case No. 3:02CV469 (SRU)(WIG)

RULING AND ORDER

Plaintiff has filed a motion to have Attorney Ellen M. Burns removed and for leave to proceed pro se in this action. The court has learned from defendants' counsel that Attorney Trudi Condio intends to appear in lieu of Attorney Burns. Although Attorney Condio has not yet filed an appearance, she has been in communication with defendants' attorney regarding this case.

In light of this information, plaintiff's motion [**doc. #47**] is **DENIED** without prejudice. Attorney Condio is directed to enter her appearance within **ten (10)** days from the date of this order. If Attorney Condio fails to appear, plaintiff may renew his motion. The Clerk is directed to send a copy of this order to Trudi Condio, Esq., P.O. Box 175, Manchester, CT 06045.

**SO ORDERED** this 22nd day of October, 2003, at Bridgeport, Connecticut.

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE