UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CHRISTOPHER REED,            :        PRISONER
            Plaintiff             NO. 3:02CV469 (SRU) (WIG)

2003 NOV 13 A 10: 25

US DISTRICT COURT
BRIDGEPORT CT

VS.                          :

CITY OF NEW HAVEN, ET AL     : NOVEMBER 13, 2003

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for

**The plaintiff**

November 13, 2003                _____
Date                             Signature

                                 Trudy Condio_____

                                 P.O. Box 175
                                 Manchester, CT 06045_____

                                 860-646-1502_____
                                 Phone Number

                                 860-432-3713_____
                                 Fax Number

                                 ct24972_____

## CERTIFICATION

I certify that a copy of the foregoing appearance was mailed on November 13, 2003 to the following:

Martin Echter, Esq.
Office of the Corporation Counsel
City of New Haven
165 Church Street 4th Floor
New Haven, CT 06510


Christopher Reed
493 Winthrop Avenue
New Haven, CT 06570


Trudy Condio