02CV469nd
02CV469mtn

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 19 A 8:48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CHRISTOPHER REED,          : PRISONER
    Plaintiff          NO. 3:02CV469 (SRU) (WIG)

VS.

CITY OF NEW HAVEN, ET AL          : MARCH 15, 2004

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE STATUS REPORT

    The undersigned respectfully moves for an extension of time of 30 days from the date the motion is granted in which to respond to the joint status report as ordered by the Court, (Underhill,J). The undersigned seeks this extension for the following reasons: The undersigned received an order from the Court on or about 11, 2004. There were two postmarks, one dated 3/5/04, the other 3/8/04. The order signed by Judge Underhill was dated 2/25/04.

    The order requested a joint status report due to the Court on or before 3/15/04. Due to the untimely receipt, the undersigned is not able to meet the deadline, nor has she had the opportunity to dicuss the matter with opposing counsel, Attorney Martin Echter. The undersigned called chambers and was told to file a motion for extension of time; to fax said motion followed with hard copy via U.S. Mail.

    Based on the foregoing reasons, the undersigned respectfully requests the Court grant the Motion for Extension of Time.

FILED 2004 MAR 19 A 8:48 U.S. DISTRICT COURT BRIDGEPORT, CONN

MOTION GRANTED.

SO ORDERED.

Stefan R. Underhill, U.S.D.J.

Respectfully submitted,

**CHRISTOPHER REED, PLAINTIFF**

By: _____

Trudy Condio, his attorney
P.O. Box 175
Manchester, CT 06040
Tel; 860-646-1502
Fax; 860-432-3713
Fed. Bar No. ct24972


## ORDER

The foregoing motion having been heard it is hereby deemed ORDERED:

**GRANTED / DENIED**

By the Court,

_____

Judge/Clerk

## CERTIFICATION

I certify that a copy of the foregoing Motion for Extension of Time was sent to the following parties of record;

Attorney Martin Echter,
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Christopher Reed
6115 Frio Valley
San Antonio, TX. 78242

Commissioner of the Court