UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER L. REED | : | |
| | : | |
| v. | : | |
| | : | No. 3:02cv469 (SRU) |
| | : | |
| CITY OF NEW HAVEN, ET AL | : | |

**NOTICE TO PARTIES AND ORDER**

Pursuant to Local Rules 16(f) and 41(a), notice is hereby given to all counsel of record that this matter is subject to dismissal and/or sanctions may be imposed on any party or counsel for failure to respond to the Court's Order Re: Status dated **February 25, 2004** (**doc. # 56**).

Failure of a party to show proper cause why it failed to submit a status report could result in dismissal and/or sanctions being imposed by this court. Such proper cause shall be shown in writing and filed with the Clerk's office by **July 21, 2004**.

It is so ordered.

Dated at Bridgeport this 7th day of July 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge