AO 458 (Rev. 5/85)    Appearance

_____
_____

# United States District Court

_____DISTRICT OF CONNECTICUT_____

## APPEARANCE

**CHRISTOPHER L. REED**

**VS.**                                              **CASE NUMBER:    3:02CV00469 (SRU)**

**CITY OF NEW HAVEN, ET AL.**

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for the following Defendants only:  City of New Haven, New Haven Police Department, Melvin H. Wearing, H. Sharp, J. Silva, L. Rivera, John DeStefano and L. Cavalier.


October 26, 2004__                    /s/_____
Date                                          Signature

　　　　　　　　　　　　　　　　　　Michael A. Wolak, III_____
　　　　　　　　　　　　　　　　　　Print Name

　　　　　　　　　　　　　　　　　　Ct12681_____
　　　　　　　　　　　　　　　　　　Federal Bar Number

　　　　　　　　　　　　　　　　　　165 Church Street, 4th Floor_____
　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　New Haven          CT           06510_
　　　　　　　　　　　　　　　　　　City                      State          Zip Code

　　　　　　　　　　　　　　　　　　(203) 946-7970_____
　　　　　　　　　　　　　　　　　　Phone Number

　　　　　　　　　　　　　　　　　　(203) 946-7942_____
　　　　　　　　　　　　　　　　　　Fax Number

　　　　　　　　　　　　　　　　　　mwolak@newhavenct.net_____

*E-mail*

## **CERTIFICATION**

      **THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid on October 26, 2004 to the following counsel of record:

Trudy Condio, Esq.
843 Main Street, P.O. Box 175
Manchester, CT  06045-1502

Ellen Mary Burns, Esq.
P.O. Box 317
Manchester, CT  06045-0317

                                              Michael A. Wolak, III