_____
_____

# United States District Court

_____DISTRICT OF CONNECTICUT_____

## APPEARANCE

**CHRISTOPHER L. REED**

**VS.**                                          **CASE NUMBER:    3:02CV00469 (SRU)**

**CITY OF NEW HAVEN, ET AL.**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the following Defendants only:  City of New Haven, New Haven Police Department, Melvin H. Wearing, H. Sharp, J. Silva, L. Rivera, John DeStefano and L. Cavalier.


| October 26, 2004 | /s/_____ |
|---|---|
| Date | Signature |
| | Jonathan H. Beamon_____ |
| | *Print Name* |
| | Ct22937_____ |
| | *Federal Bar Number* |
| | 165 Church Street, 4th Floor_____ |
| | *Address* |
| | New Haven        CT        06510 |
| | *City            State        Zip Code* |
| | (203) 946-7966_____ |
| | *Phone Number* |
| | (203) 946-7942_____ |
| | *Fax Number* |
| | jbeamon@newhavenct.net_____ |

*E-mail*

## **CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid on October 26, 2004 to the following counsel of record:

Trudy Condio, Esq.
843 Main Street, P.O. Box 175
Manchester, CT  06045-1502

Ellen Mary Burns, Esq.
P.O. Box 317
Manchester, CT  06045-0317

_____
Jonathan H. Beamon