

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER REED, | : | NO. 3:02CV469 (SRU) (WIG) |
| VS. | | |
| CITY OF NEW HAVEN, ET AL. | : | JANUARY 17, 2006 |

## MOTION FOR ENLARGEMENT OF TIME

The undersigned counsel for plaintiff, Christopher Reed hereby request an extension of time with respect to the Trial Calendar Call as well as for filing the joint trial memorandum for the following reasons:

The undersigned received a Pretrial Order from the Court on or about October 28, 2005 as well as a Trial Calendar Call. The Order further stated that parties confer in advance and prepare a pretrial memorandum as well as information regarding availability of counsel and witnesses, issues as outlined in the pretrial memorandum.

At this time, the matter is unable to proceed as there has been a lack of communication between the parties and a joint memorandum has not been compiled. In addition, and of further concern is the lack of communication from plaintiff. Counsel has attempted numerous times over several months to contact the plaintiff. There has been absolutely no communication from plaintiff Christopher Reed since August 2005. A similar situation occurred in March of 2004. Given the breakdown between the attorney and client, counsel can not proceed as her authority is handicapped by the unknown whereabouts of her client.

In addition to the above, the undersigned is also scheduled for trial on January 20, 2006. Counsel had hoped for a settlement which is why this request was filed so late. The undersigned counsel for the plaintiff has a demanding practice in the area of Child Protection, Juvenile Delinquency, Criminal and some civil and family law. Ninety-nine percent (99%) of the undersigned's practice is court-appointed. There are not enough attorneys willing to accept these cases. As a result, those who continue to practice are overburdened by the volume of cases and the number of people who need representation.

Based on the foregoing, the undersigned respectfully requests this Court grant the Motion for Enlargement of Time.

> THE PLAINTIFF,
> CHRISTOPHER REED
>
> By: _____
> Trudy Condio, his attorney
> P.O. Box 175
> Manchester, CT 06045
> Tel; 860-646-1502
> Fax; 860-432-3713
> Fed Jurist No. ct24972

## ORDER

The foregoing motion having been heard it is hereby deemed ORDERED:

**GRANTED / DENIED**

By the Court,

_____
Judge/Clerk

## CERTIFICATION

I certify that a copy of the foregoing was mailed on January 17, 2006 to the following parties:

Attorney Michael Walick
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Christopher Reed
192 Farren Avenue 2nd Floor
New Haven, CT 06513

*(signature)*
Trudy Condio, Attorney at Law