FILED

2006 MAR -1  P 12: 39

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CHRISTOPHER REED,                        : NO. 3:02CV469 (SRU) (WIG)

      VS.

CITY OF NEW HAVEN, ET AL              : FEBRUARY 28, 2006

### MOTION FOR PERMISSION TO WITHDRAW

    The undersigned counsel for plaintiff, Christopher Reed hereby request permission to withdraw as the attorney of record in the above captioned matter. In support of the motion the undersigned provides the following:

    There have been numerous occasions when plaintiff was unavailable or whereabouts unknown. One such incident occurred in March of 2004 when plaintiff moved to Texas. Plaintiff was unavailable for a deposition, the date which he selected and agreed to.

    Over the past several months counsel has attempted to contact the plaintiff. There has been absolutely no communication from plaintiff Christopher Reed since August 2005. On or about January 20, 2006, the undersigned sent via certified mail, return receipt requested, to the address on file, a letter regarding a pretrial conference and preparation for trial. Said letter was also sent regular mail. Both came back "MLNA." (Moved Left No Address).

    Given the breakdown in communication between the attorney and client, counsel can not proceed as her authority is handicapped by the unknown

whereabouts of her client.

Based on the foregoing, the undersigned respectfully requests this Court grant the Motion for Permission to Withdraw.

Respectfully Submitted,

Trudy Condio, Attorney at Law
P.O. Box 175
Manchester, CT 06045
Tel; 860-646-1502
Fax; 860-432-3713
Fed Jurist No. ct24972

## ORDER

The foregoing motion having been heard it is hereby deemed ORDERED:

**GRANTED / DENIED**

By the Court,

_____
Judge/Clerk

## CERTIFICATION

I certify that a copy of the foregoing was mailed on February 28, 2006 to the following:

Attorney Michael Wolick
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Trudy Condio, Attorney at Law

# TRUDY CONDIO
## ATTORNEY AT LAW

January 16, 2006

Christopher Reed
192 Farren Avenue 2nd Floor
New Haven, CT 06513

Dear Mr. Reed:

As you may recall, I represent you in your suit against the City of New Haven for the violation of your civil rights during the illegal search of your person during a narcotics search. You filed a civil rights action which is currently pending in the Federal District Court in Bridgeport before the Honorable Stefan R. Underhill.

It has been a very long time since you have advised me of your whereabouts. I contacted you at the phones numbers which you provided and was told you no longer accept calls. Please be advised that your matter is being scheduled for trial however, I can not proceed without your presence.

I am enclosing a copy of the Order sent by the District Court. I requested a continuance due to the lack of communication by you as well as counsel for the defendants. A joint trial memorandum has not been compiled as I have no cooperation from the other party.

Unless I hear from you by February 3, 2006, I will begin the necessary procedure to withdraw from your case.

Very truly yours,

Trudy Condio, Esq.



**TRUDY CONDIO**
ATTORNEY AT LAW
843 Main Street
P.O. Box 175
Manchester, CT 06045-0175

RETURN RECEIPT
REQUESTED
NAME/CT JAN 23 2006
1ST NOTICE
2ND NOTICE
RETURN DATE

CERTIFIED MAIL

7004 0750 0000 2287 8819

HARTFORD CT 061

UNITED STATES
POSTAL SERVICE

9264

06513

$4.88
0002224-02

CHRISTOPHER NEED
192 FARREN AVE 2ND FLR
NEW HAVEN 06513

RETURN RECEIPT
REQUESTED

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Christopher Reed
192 Farren Ave 2d Fl
New Haven, CT
06513

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

**3. Service Type**
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)**   ☐ Yes

**2. Article Number**
(Transfer from service label)

7004 0750 0000 2287 8819

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**TRUDY CONDIO**
ATTORNEY AT LAW
843 Main Street
P.O. Box 175
Manchester, CT 06045-0175

HARTFORD CT 061

17 JAN 2006 PM 6 L



*Munn 1306*

Christopher Reed
192 Farren Avenue 2ᴺᴰ Floor
New Haven, CT 06513

RETURN
TO SENDER
NOT DELIVERABLE
AS ADDRESSED

06045-0175-73 06513+4527