UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHRISTOPHER REED

    v.                                          3:02CV469 SRU

CITY OF NEW HAVEN, ET AL.

## ORDER

The motion to withdraw appearance (**doc. #79**) is granted. In her motion, Attorney Condio explained her inability to locate the plaintiff to discuss and prepare the Joint Trial Memorandum. Correspondence sent to plaintiff's last known address has been returned as "undeliverable".

Christopher Reed must either arrange for the appearance by other counsel or file a pro se appearance with a current address where the court and the defendants may serve him with papers relating to this case. See Local Rules of Civil Procedure 83.1(c)2. Failure to file a pro se appearance or obtain successor counsel by **March 23, 2006** will result in dismissal of this case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute, without further notice from the court.

Dated at Bridgeport, Connecticut, this 3rd day of March, 2006.

                                                      /s/ Stefan R. Underhill
                                                        Stefan R. Underhill
                                                        United States District Court