UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER REED

v                                                                3:02CV469 (SRU)

CITY OF NEW HAVEN

**ORDER OF DISMISSAL**

This case is hereby dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because of plaintiff's inability to prosecute.

The clerk is instructed to close the file.

It is so ordered.

Dated at Bridgeport this 31st day of March 2006.

_____/s/_____
Stefan R. Underhill
United States District Judge